## WEST *v.* CALIFORNIA.

No. 117.   Decided October 10, 1960.

*Henry T. Moore, Sr.* and *Henry T. Moore, Jr.* for appellant.

*William B. McKesson* and *Ralph F. Bagley* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## KAHAN ET AL. *v.* CALIFORNIA.

No. 130.   Decided October 10, 1960.

*A. J. Blackman* for appellants.

*Roger Arnebergh* and *Philip E. Grey* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.